UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MAURICIO ZAVALA, on behalf of himself,   :
FLSA Collective Plaintiffs and the Class,   :

             Plaintiff,   :

                          :

v.   :

**ORDER**

MOZO EXCAVATION INC., d/b/a Mozo   :
Excavation, MOZO VENTURES INC., d/b/a   :
84 Landscaping, MONICA MOZO, and JOSE   :
MOZO,   :
             Defendants.   :

21 CV 6882 (VB)

------------------------------------------------------------x

     On November 8, 2021, the Clerk entered a certificate of default as against all of the

defendants in this case.  (Doc. #27).

     On February 7, 2022, defendants appeared in this case by filing a Rule 7.1 Corporate

Disclosure Statement and Answer.  (Docs. ##40, 41).

     Accordingly, the Clerk is directed to vacate the entry of default.  (Doc. #27).

Dated: February 9, 2022
      White Plains, NY

                SO ORDERED:

                Vincent L. Briccetti
                United States District Judge