UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/22/22

MAURICIO ZAVALA, *on behalf of himself, FLSA Collective Plaintiffs, and the class,*
                       Plaintiff,

v.

MOZO EXCAVATION INC
    d/b/a MOZO EXCAVATION,
MOZO VENTURES INC
    d/b/a 84 LANDSCAPING,
MONICA MOZO and JOSE MOZO,

                       Defendants.

Case No. 7:21-cv-06882

[~~PROPOSED~~]
**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Mozo Excavation Inc d/b/a Mozo Excavation, Mozo Ventures Inc d/b/a 84 Landscaping, Monica Mozo and Jose Mozo (collectively, "Defendants") having offered to allow Plaintiff Mauricio Zavala ("Plaintiff") to take a judgment against them, in the sum of Twenty-Five Thousand Dollars and No Cents ($25,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated June 16, 2022 and filed as Exhibit A to Docket Number 58;

**WHEREAS**, on June 17, 2022, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 58);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Mauricio Zavala, in the sum of Twenty-Five Thousand Dollars and No Cents ($25,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated June 16, 2022 and filed as Exhibit A to Docket Number 58.

**SO ORDERED:**

Dated: _____June 22,_____, 2022
      New York, New York

_____
U.S.D.J.